FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

William Lee Shelton
GDC #989529

(Enter above full name of plaintiff or plaintiffs)

v.

Matthew Wolfe (GDC Director Office of
Professional Standards); Sidney Carter (Warden);
Eddie Johnson (Assistant Warden); A. Williams
(Unit Manager); Jennifer Greene Ammons (General Counsel for GDC)

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts
         involved in this action?                                Yes _____ No _X_

         If your answer to A is yes, describe each lawsuit in the space below. (If there is more
         than one lawsuit, describe the additional lawsuits on another piece of paper, using the
         same outline.)

         1.    Parties to this previous lawsuit:

               Plaintiffs:    N/A

               Defendants:    N/A

         2.    Court (if federal court, name the district; if state court, name the county):

               N/A

         3.    Docket number:    N/A

         4.    Name of judge assigned to case:    N/A

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____ N/A _____

6.  Approximate date of filing lawsuit: _____ N/A _____

7.  Approximate date of disposition: _____ N/A _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _N/A_   No _N/A_

B.  While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
    Yes __X__   No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs: _William Lee Shelton_____

    Defendants: _Charles B O'Neill Jr._____
    _Indigent Defense Committe_____

2.  Court (name the district):

    _United States District Court for the Northern District Newnan Division_

3.  Docket number: _Civil Action No. 3:02-CV-113-JTC_

4.  Name of judge assigned to case: _Jack T Camp_____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _Dismissed for failure to state a claim_____

6.  Approximate date of filing lawsuit: _____2002_____

2

7.    Approximate date of disposition:  _September 30, 2002_

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                                   Yes _____  No _X_

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                          Yes _____  No _X_

1.    If your answer to C is yes, name the court and docket number for each case:

_N/A_____   _____
_____   _____
_____   _____
_____   _____

II.    Place of present confinement: _Jenkins Correctional Center_____

A.    Is there a prisoner grievance procedure in this institution? Yes _X_ No ____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?                                   Yes _X_ No ____

C.    If your answer to B is yes:

1.    What steps did you take? I filed a deliberate indifference grievance #379677 against Unit Manager A.Williams because she refused to accept my 5-1C Incident Report Forms in which I was seeking protective custody (PC) from GACP DWCT Gary Caldwell d GAC Commissioners oline & Holt. I filed grievance #381188 against Jenkins Warden as he denied my subsequent request for PC against said GAC officials.

2.    What was the result? On #379677 the Warden erroneously rejected this grievance using SOP 227.02 Attachment II's "Grievance contained more than one issue/incident." For grievance #381188 the Assistant Warden denied this grievance basically claiming a lack of evidence.

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ☒ No ____

If yes, what was the result? #379677 was affirmed on appeal to the GDC office of Professional Standards. #381188's appeal was denied based on lack of evidence/ my request for protective custody were not found to be justified.

D. If you did not utilize the prison grievance procedure, explain why not: ____
N/A

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: William Lee Shelton GDC #989529.
Address: Jenkins Correctional Center
3404 Kent Farm Drive
Miller, Georgia 30442

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Matthew Wolfe
Position: GDC Director of Office of Professional Standards
Place of employment: Georgia Department of Corrections
Current address: P.O. Box 1529 Forsyth Georgia 31029 or
300 Patrol Road Forsyth Georgia 31029

C. Additional defendants: Sidney Carter former Warden of Jenkins Correctional Center but has been moved to another Core Civic facility. I don't have Warden Carters address. Eddie Johnson Assistant Warden Jenkins CC & Unit Manager A Williams of Jenkins CC 3404 Kent Farm Drive. Miller, Georgia 30442. Jennifer Greene Ammons Georgia Department of Corrections Executive Counsel 300 Patrol Road Forsyth, Georgia 31029

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Shelton has two grievances: #379677 & #381188 that are being consolidated for the purpose of this instant §1983 Civil Action as both grievances relate to the same constitutional problem. Each will be discussed in order that the grievance occurred, however, the second grievance #381188 presents Shelton's immediate need as Shelton's life is in danger.

The first grievance #379677 which is labeled as "Claim One" below presents a 14th Amendment U.S. Constitutional Due Process Violation as Core Civic/GDC officials failed to adjudicate Shelton's 8th Amendment deliberate indifference failure to protect claim on its merits ——— Page 6

The second grievance #381188 which is labeled as "Claim Two" presents an 8th Amendment U.S. Constitutional Deliberate Indifference Violation for Failure to Protect that concerns Shelton's immediate safety ——— Page 13

Lastly, Shelton presents to this Honorable Court some evidence concerns that must be taken in consideration given the unique circumstances surrounding Shelton's claim. ——— Page 46

5

## Claim One

Core Civic Jenkins Correctional Center (CC) Warden Sidney Carter & Georgia Department of Corrections (GDC) Office of Professional Standards Director Matthew Wolfe violated Shelton's 14th Amend. U.S. Const. Due Process Rights by failing to adjudicate the merits of Shelton's grievance #379677 on its 8th Amendment Deliberate Indifference Failure To Protect claim that Shelton filed against Jenkins CC Unit Manager Ms. A. Williams. Instead of properly reaching the merits of Shelton's 8th Amend claim Warden Carter issued a "Rejected Grievance Response" using SoP 227.02 Attachment 11 which is a checklist styled form that works to procedurally bar an inmate from having his grievance issue adjudicated on its merits. Warden Carter relied on #12 of SoP 227.02 Attach 11's checklist citing that Shelton's # 379677 "grievance contained more than one issue/incident.

-6-

However, Warden Carter was incorrect because grievance #379677 concerned only one issue: Jenkins CC Unit Manager A. Williams refused to accept Shelton's 5-IC Incident Report Forms in which Shelton filled out seeking protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner Ahmed Holt, and Georgia Diagnostics & Classification Prison (GDCP) Deputy Warden of Care & Treatment (DWCT) Gary Caldwell. To avoid repetition Shelton will go into depth explaining the historical build up to these request for protective custody in Claim Two of this instant action. For this err Shelton only reminds this Court that this is a 14th Amnd Due Process Violation as previously discussed and the below verbatim copy of #379677 will establish that.

On March 19 2025 Shelton filed the following grievance #379677:

Description of Incident: On 3/18/2025 in dorm 200B I attempted to submit to Unit Manager A. Williams 4 Incident Report 5-IC forms seeking protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner Ahmed Holt, GDCP (Jackson) DWCT Gary Caldwell, and Jenkins Warden Sidney Carter, however, Ms Williams refused to accept my said 5-IC Incident Report Forms with an exception

-7-

of the one against Warden Sidney Carter. Ms Williams told me that the other Incident Report Forms were against officials that are neither employed at Jenkins CC nor did the incident occur at Jenkins. Though Jenkins CC is a private prison operated by Core Civic it still is nevertheless governed by the GDC thus every employee here is still a political subordinate to GDC Commissioners Oliver & Holt as these 2 men oversee the entire Georgia prison system. Since I am filing a formal complaint of Georgia government employee ethics violations pursuant to OCGA § 45-10-3 & § 45-10-4 said violations will probably result in disciplinary actions against Mr Oliver & Mr Holt that may affect their careers. Both Mr Oliver & Mr Holt have attempted to cover up an illegal inmate labor & hazing scandal that I became victim to at Phillips S.P. which is still negatively affecting me to this day. As an artist working a detail at Phillips Trades I was instructed to artistically paint 5 paddles so that GDCP DWCT Caldwell could use to haze college kid pledges with during his Epsilon Beta Lambda Macon, Georgia Chapter of Alpha Phi Alpha Fraternity Inc. pledge initiation hell week which violated profiting from inmate labor laws OCGA § 42-5-37 & § 42-1-5 and also the state's antihazing law OCGA § 16-5-61. For a fuller account of said corruption with evidence included see: https://drive.google.com/file/d/1NSuqoq73CJFBMHO0u02 XTywNmxhmM-7D/view?usp=drive_link

Unit Manager Ms Williams is correct that DWCT Caldwell isn't an employee here at Jenkins CC nevertheless, I am still subject to be harmed by both Mr Caldwell's Alpha Phi Alpha fraternity political reach and/or also when I am transferred away from Jenkins CC soon I will be transported into GDCP at Jackson to switch buses so that I can go to the next prison. Gary Caldwell is the DWCT of GDCP and this places me in danger.

Now Ms Williams did accept my 5-1C Incident Report seeking protective custody against Warden Carter because he is a subordinate agent of GDC Commissioner Oliver but instead of isolating me away into protective custody, Ms Williams instead moved me from dorm 200B to the transit dorm 200D which seems to me like a set up

-8-

given Commissioner Oliver, Assistant Commissioner Holt, or DWCT Caldwell et al could very well transfer an assailant from a GDC state facility directly to this dorm to harm me. This combined with Unit Manager A Williams' refusal to even accept my formal 5-1C Incident Report forms seeking Protective Custody against GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner Ahmed Holt, and Georgia Diagnostics & Classification Prison Deputy Warden of Care & Treatment Gary Caldwell violates my 8th Amendment U.S. Constitutional Rights as Ms Williams is being deliberately indifferent to my safety. Mind you that after this instant grievance has been fully exhausted through the state stages, under a 42 USC §1983 civil complaint under a deliberate indifference claim in federal court will render a ruling that will publish all the above behaviour by all parties as public record which is what the Georgia penal system has been trying to avoid.

<u>Resolution Requested:</u> I need a safe and humane form of protective custody that houses me completely outside of GDC Commissioner Tayrone Oliver, GDC Assistant Commissioner Ahmed Holt, GDCP DWCT Gary Caldwell's, and members of the Alpha Phi Alpha fraternitys direct & political reach as these people do not have my rehabilitation in mind but instead want to harm me. If I am transferred from Jenkins CC I do NOT want to be transferred through GDCP at Jackson due to DWCT Caldwell's employment there. I do NOT want to suffer from any form of retaliation from this grievance

On April 21, 2025 Shelton recieved "<u>The Warden's /Superintendent's</u> <u>Rejected Grievance Response</u>" for #379677 dated March 28, 2025 signed by the Warden's designee, Shelton filed a timely appeal to the GDC Office of Professional Standards concerning <u>The Wardens/Superintendents Rejected Grievance Response</u> on

-9-

April 25 2025. Below is a verbatim copy of said appeal:

> This is one incident where I attempted to submit to Unit Manager Ms Williams four 5-1C forms seeking protective custody from GDC Commissioners Oliver & Holt along with GDCP DWCT Caldwell, and Jenkins Warden Carter, Ms Williams refused to take the first 3 but accepted the 1 against Warden Carter, however she mishandled this one by placing me in more danger. Then I explain my reasoning for P.C. from Holt, Oliver, and Caldwell by naming the legal actions I'm taking against them and the disciplinary consequences they may face from it because of the corruption they committed. Said corruption is explained to demonstrate my need for P.C. which Ms Williams is at fault for ignoring, That is the only issue. This is already an 8th Amend deliberate indifference & failure to protect claim dont make it a Due Process claim by adhering to the "Rejected Response" by ignoring the one issue I'm presenting

Shelton recieved back the <u>Central Office Appeal Response</u> on May 1, 2025 from the GDC Office of Professional Standards affirming the <u>Wardens/Superintendent's Rejected Grievance Response</u>.

Below is a verbatim copy of said Central office Appeal Response:

> A member of my staff has reviewed your grievance. This review revealed that you failed to follow proper grievance procedures. Sop 227.02 states that you can only grieve one issue per grievance. You have grieved multiple issues. This grievance was rejected at the institutional level in accordance with policy guidelines. Based on this information, this grievance is denied.

# <u>Claim One Conclusion</u>

Core Civic Warden Sidney Carter/Warden's Designee along with GDC Director Matthew Wolfe's Office of Professional Standards Designee violated Shelton's 14th Amend U.S. Const. Due Process Rights by erroneously rejecting Shelton's grievance claiming that Shelton has "grieved multiple issues."

Shelton only grieved one issue/incident in grievance #379677 which was: Jenkins CC Unit Manager A Williams refused to accept Shelton's 5-1C Incident Report Forms seeking Protective Custody from GDC Commissioners Tyrone Oliver & Ahmed Holt along with GDCP DWCT Gary Caldwell. Also concerning the same issue/incident Ms Williams moved Shelton from 200B to dorm 200D after Ms Williams accepted the one 5-1C Incident Report Form seeking protective custody from Warden Carter. However, Shelton would like to point out to this Honorable Court how that specific 5-1C Incident Report Form seeking Protective Custody from Warden Carter was neither ever Investigated nor

-11-

taken seriously. Apropos of that, Ms Williams basically refused all of Shelton's 5-IC Incident Report Forms seeking Protective Custody which was again the ONLY issue/incident that Shelton complained about in #379677. Everything else that Shelton wrote in #379677 was an explanation of evidentiary proof of why Shelton needed protective custody which is in supporting argument of how Unit Manager Williams was deliberately indifferent in failing to protect Shelton by flat out refusing to accept Shelton's 5-IC Incident Report Protective Custody forms.

Shelton asks this Honorable Federal Court to do one or two things considering Claim One:

1) Direct either GDC Director Matthew Wolfe's Office Of Professional Standards or Jenkins Warden Sidney Carter to reconsider Shelton's #379677 grievance's one sole issue/incident which is: was Unit Manager A Williams deliberately indifferent when she refused to accept Shelton's 5-IC Incident Report Forms when

-12-

Shelton requested protective custody from the aforementioned GDC officials, or;

2) Considering the similar historical nature of the Constitutional violation below in Claim Two, Shelton requests that this Honorable Court reach the merits of grievance #379677 to determine if Jenkins CC Unit Manager Ms. A. Williams was deliberately indifferent when she refused to accept Shelton's 5-1C Incident Report Forms in which Shelton sought protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner Ahmed Holt, and GDCP DWCT Gary Caldwell.

# Claim Two

Concerning Grievance #381188 Core Civic Jenkins CC Warden Sidney Carter, Jenkins CC Assistant Warden Eddie Johnson, Georgia Department of Corrections Leading Attorney Jennifer Ammons,

-13-

and GDC Office of Professional Standards Director Matthew Wolfe violated Shelton's 8th Amend, U.S. Const. Rights when said officials were deliberately indifferent to Shelton's Failure to Protect claim by failing to provide Shelton with protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner of Faculties Ahmed Holt, GDC Georgia Diagnostics & Classification Prison (GDCP) Deputy Warden of Care & Treatment (DWCT) Gary Caldwell, and Core Civic Jenkins CC Unit Manager A. Williams despite the staggering amount of evidence that Shelton submitted in both the April 2, 2025 four Incident Report 5-IC forms and then subsequently in grievance #381188.

## Grievance # 381188

On April 2, 2025 while previously discussed Grievance #379677 was still pending, Shelton managed to successfully submit to Correctional Counselor (CC) Newton four 5-IC Incident Report Forms seeking protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner

—14—

of Faculties Ahmed Holt, GDCP DWCT Gary Caldwell, and

Core Civic Jenkins Correctional Center Unit Manager A. Williams.

Below is a verbatim account of what Shelton wrote on

each 5-1C Incident Report Forms:

<u>Incident Statement 5-1C</u> (Tyrone Oliver)

I am in fear for my life & well being and am in need of protective
custody from GDC Commissioner Tyrone Oliver as I am filing
a complaint of government employee ethics violations to Gov. Kemp's
office pursuant to OCGA § 45-10-3 & 4 which will potentially terminate
Mr Oliver's employment. Mr Oliver et al. is attempting to cover up
a GDC Hazing & Illegal Inmate Labor Scandal that I became
victim to over the last couple years, e.g. as an artist working
at Phillips S.P. Trades I was forced to make 5 paddles so
that GDCP DWCT Gary Caldwell could use for his Alpha Phi Alpha
fraternity hazing "hellweek." For a further account of said
corruption that will be submitted to Gov. Kemp's office see:

https://drive.google.com/file/d/1NSuqoq73CJFBM
H00u02XTywNmxhmM-7D/view?usp=drive_link

Because of the evidence from said document I was transferred
from Phillips SP to Macon SP on 1/30/25 where I was placed
in a dangerous enviroment even though I was a college student,
Medium security, and no D.R.s since 2012. U.S. Senator Warnock's
office got me transferred away from Macon S.P. after 2 weeks
then here to Jenkins CC by calling the GDC. Though Jenkins is
Core Civic it nonetheless is politically subordinate to the GDC and
thus under Mr Oliver's supervision. Mr Oliver has the power to transfer
an assailant to Jenkins CC to harm me and also can transfer me
away from Jenkins back into danger and I am inclined to

-15-

believe that he may do so given the action I am filing against him that is supported with factual evidence. My life is seriously in danger as I require a single man cell outside of Mr Oliver's political reach.

Did you recieve any injury?

I'm a Human Being and this needs to be remembered while reading the document from the link above. I was beaten up, robbed, and tortured by Bret Palmer GDC655077 at Phillips S.P. More importantly I suffer from mental anguish from being lied to by the GDC, made to participate in crimes committed by GDC, and also forced to live in an enviroment where 12 murders occurred

## Incident Statement 5-1C (Gary Caldwell)

I am in fear for my life & well being and am in need of protective custody from GDCP (Jackson) DWCT Gary Caldwell as I am filing a complaint of government ethics violations to Gov. Kemp's office pursuant to OCGA § 45-10-384 which will not only terminate DWCT Caldwell's employment but also face him with criminal charges. At Phillips S.P. Trades I was forced to make 5 paddles for DWCT Caldwell's Alpha Phi Alpha fraternity hellweek hazing of college kid pledges. For a full account of said corruption including evidence see:

https://drive.google.com/file/d/1NSuqoq73CJFBMH00u02XTywNmxhmM-7D/view?usp=drive_link

Within said document there is evidentiary proof that DWCT Caldwell violated the state's profiting from inmate labor laws OCGA § 42-5-37 & § 42-1-5 and also the anti hazing law § 16-5-61. After I refused to participate in artistically painting Caldwell's hazing paddles I was moved out of the Faith based dorm and placed in danger in K-1 where I was tortured, beaten up, and robbed by Bret Palmer GDC655077 for 4 days.

-16-

Then I was placed in H building where I witnessed murders and high rates of violence. On 1/30/25 I was transferred from Phillips S.P. to Macon S.P. though I am medium security, low risk, college student because of the document in the above link. Because of the §45-10-3 action I am filing against Caldwell along with the document in the link I am in fear that I may be transferred yet again which puts me at risk of danger as DWCT Caldwell is employed at Jackson GDCP where transferred inmates are exchanged. Because DWCT Caldwell is VP of EBΛ Alpha Phi Alpha I am also in fear of his fraternity political reach. Did you recieve injuries?

I'm a Human Being and this needs to be remembered while reading the document from the link above. I was beaten up, robbed, and tortured by Bret Palmer GDC655077 at Phillips S.P. More Importantly I suffer from mental anguish from being lied to by the GDC, made to participate in crimes committed by the GDC, and also forced to live in an enviroment where 12 murders occurred.


<u>Incident Statement 5-1C</u> (Unit Manager A Williams)

I am in fear for my life & well being and am in need of protective custody from Jenkins CC Unit Manager A. Williams because I feel like Ms Williams is intentionally putting my life in danger. On 3/18/25 I attempted to submit 4 Incident Report 5-1C forms individually seeking protective against GDC Commissioners Tyrone Oliver & Ahmed Holt along with GDCP DWCT Gary Caldwell because said officials have recently endangered my life because I am exposing a hazing scandal caused by DWCT Caldwell that I became victim to at Phillips S.P.  see:

https://drive.google.com/file/d/1NSuqoq73CJFBMH00u02XTywNmxhmM-7D/view?usp=drive_link

Ms Williams refused to even accept said 5-1C forms with an explanation

-17-

to me that this is not a problem that concerns Jenkins CC. The GDC, i.e. Commissioners Oliver & Holt govern and oversee Core Civic in Georgia as Core Civic houses state inmates who are committed to the GDC upon their convictions. But instead of placing me in a single man cell in protective custody in 100B insted Ms Williams moved me from 200B to 200D the transit dorm. Having the power to transfer inmates, Ahmed Holt could send an assailant directly towards me now. The GDC governs Jenkins so the other 3 5-1C forms I'm submitting with this against Oliver, Holt, and Caldwell do in fact apply to my safety at Jenkins and if said forms are not properly submitted then they were ignored just as Ms Williams previously did. I submitted a grievance against Ms Williams concerning all this on 3/19/25 which I intend on litigating to federal court. Also my family is consulting a journalist from Filter Magazine who might potentially publish. I need P.C. Did you recieve any inquiries?
I'm a Human Being and this needs to be remembered while reading the document from the link above. I was beaten up, robbed, and tortured by Bret Palmer GDC 655077 at Phillips SP. More importantly I suffer from mental anguish from being lied to by the GDC, made to participate in crimes committed by GDC, and also forced to live in an enviroment where 12 murders occurred.


## <u>Incident Statement 5-1C</u> (Assistant Commissioner Ahmed Holt)

I am in fear for my life & well being and am in need of protective custody from GDC Assistant Commissioner of Faculties Ahmed Holt as I am filing a complaint of government employee ethics violations to Gov. Kemp's office pursuant to OCGA §45-10-364 which will potentially terminate Mr Holts employment. Mr Holt et al is attempting to cover up a GDC Hazing & Illegal Inmate Labor Scandal that I became victim to over the last couple years, e.g. as an artist working at Phillips S.P. Trades I was forced to make 5 paddles so that GDCP DWCT Gary Caldwell could use for his Alpha Phi Alpha fraternity hazing "hell week." For a fuller account of said corruption

—18—

that will be submitted to Gov. Kemp's office see:

https://drive.google.com/file/d/1NSuqoq73CJFBMH
00u02XTywNmxhmM-7D/view?usp=drive_link

Because of the evidence from said document I was transferred from Phillips S.P. to Macon S.P. on 1/30/25 where I was placed in a dangerous environment even though I was a college student, medium security, and no D.R.'s since 2012. U.S. Senator Warnock's office got me transferred away from Macon SP after 2 weeks there then here at Jenkins CC by calling GDC headquarters. Though Jenkins is Core Civic it nonetheless is politically subordinate to the GDC and thus under Mr Holt's supervision. Mr Holt has the power to transfer an assailant to Jenkins CC to harm me and also he can transfer me away from Jenkins back into danger and I am inclined to believe that he may do so given the action I am filing against him that is supported with factual evidence. My life is seriously in danger as I require a single man cell outside of Mr Holt's political reach.
Did you recieve any inquiries?
I'm a Human Being and this needs to be remembered while reading the document from the link above. I was beaten up, robbed, and tortured by Bret Palmer GDC 655077 at Phillips S.P. More importantly I suffer from mental anguish from being lied to by the GDC, made to participate in crimes committed by GDC, and also forced to live in an environment where 12 murders occurred.

The next day (4/3/2025) after turning in the above 5-1C forms Shelton stopped CC Newton after the morning inspection in dorm 2000 inquiring into the status

-19-

of said 5-IC forms to which CC Newton replied, "that this is a process which will take some time."

On April 17, 2025, CC Newton called Shelton out directly after Thursday morning inspection directing Shelton to go to the 200 building classroom in the hallway beside the dorm as the Warden wanted to talk to Shelton. There Shelton was met by GDC Contract Monitor Jennifer Clark & Warden Sidney Carter. The meeting lasted only a few minutes. Warden Carter explained to Shelton that he denied Shelton's request for protective custody and would later forward to Shelton his denial in writing. Ms Clark repeatedly told Shelton that "inmates aren't allowed to request protective custody from staff per SOP." Later Shelton discovered that GDC SOP states nothing like this. Also, Ms Clark kept emphasizing how "good" of a prison Jenkins is however, Ms Clark seems to forget the murder that just occurred at Jenkins in early January this year prior to Shelton arriving here among a few violent incidents.

-20-

The following day 4/18/2025 Shelton filed the following grievance #381188 with Counselor Cooper. Below is a verbatim account of said grievance:

<u>Description of Incident</u> : On 4/17/2025 directly after morning inspection, I was called out to talk to Warden Carter & Contract Monitor Ms Clark about the 4 Incident Report Forms (5-1C) that I previously on 4/2/2025 submitted to CC Newton where I requested protective custody (PC) from Jenkins CC Unit Manager Ms Williams; GDCP DWCT Gary Caldwell; and both GDC Commissioners Tyrone Oliver & Ahmed Holt. Warden Carter apprised me there & then that he had denied my request for PC. Ms Clark also informed me that, "per SoP an inmate isn't allowed to seek out protective custody from a prison staff official." The reason for this grievance is because Warden Carter denied my said 5-1C forms seeking PC which falls up under an 8th Amendment failure to protect claim via a 42 USC §1983 civil rights complaint after I exhaust this instant grievance here at this level then also after the GDC appeals level. A Southern District Court Statesboro Division federal judge will soon see within those said 5-1C forms that I submitted on 4/2/2025 seeking PC from Oliver, Holt, Caldwell, and Williams that not only did I state good reason why my life is in danger but that also I included a Google Drive link to a document that contains supporting evidence, e.g. pics, links to videos, and Government documents which support all my claims of government corruption committed by Oliver, Holt, and Caldwell et al. The link for my document "GDC Hazing & Illegal Inmate Labor Corruption" is: https://drive.google.com/file/d/1NSuqoq73CJFBMH00u02 XTywNmxhmM-7D/view?usp=drive_link   A brief summary of this document is as follows : As an artist working in Phillips State Prison "Trades" in 2022 I was instructed to artistically fashion 5 fraternity paddles that DWCT Caldwell ordered to be made for his then imminent Alpha Phi Alpha fraternity hazing hellweek. I was specifically told by Coastal S.P. Warden Brooks L. Benton (who was hid out at trades) that DWCT Caldwell would use these paddles to whip college

fraternity pledges with which violates our State's anti hazing law OCGA§16-5-61 & SB423 The Max Gruver Act. DWCT Caldwell violated the felony criminal statutes that prohibit profiting from inmate labor OCGA§42-5-37 & §42-1-5 for 2 reasons: 1) Trades failed to function as a Vocational Technical School under SOP 108.08 & 108.12 because throughout the entire year of 2022 there was neither a Vocational Technical Instructor (VTI) nor any prescribed curriculum or Student Learning Modules (SLM), and 2) DWCT Caldwell's 5 AΦA paddles were ordered to be made by inmate labor for his own personal use. Not unlike former Warden Cleveland's behaviour in the 1991 case of <u>Cleveland v State</u>, 260 Ga 770. There were many other instances of corruption at Trades that year but to make a long story short on June 3, 2023 an email was sent on my behalf from wm.shelton.ef512 613@gmail.com at 4:47 PM to both Tyrone.Oliver@gdc.ga.gov & Ahmed.Holt@gdc.ga.gov explaining in detail with pics and gov. documents as supporting evidence of all the aforementioned illegal behaviour committed by DWCT Caldwell along with other instances of corruption. Instead of "Expos[ing] corruption wherever discovered" as set out in both OCGA§ 45-10-1(IX) & 45-10-3(5) both Oliver & Holt via then Phillips S.P. Warden Deshawn Jones promised me parole on my life sentence in exchange for my silence concerning all these matters. Proof of all this can be found in the above link. However, after I was set off by the Parole Board 5 days after Timothy Ward was removed or forced to retire from the board both Commissioners Oliver & Holt along with their subordinates have made every attempt to ignore and silence me on all these issues. It must be noted that Timothy.Ward@Pap.ga.gov was included as a recipient of said 6/3/2023 4:47 PM email. I believe given all the parole attention from both the Board & GDC Counseling that I was going to be released on parole until Ward abruptly left the parole board as a member after only serving out a 13 month tenure in such an extremely cushy job. Now pursuant to OCGA§ 45-10-3 & 4 I am on the verge of filing a formal complaint against Oliver, Holt, Caldwell et al alledging State Government Ethics Violations that upon a hearing held by the

-22-

Governor's Office in accordance with Chapter 13 of Title 50 "The Georgia Administration Procedure Act" both Oliver & Holt will face disciplinary actions that might terminate their government careers where DWCT Caldwell may also be faced with criminal charges as well. So I have sound reasons to be in fear for my life of these 3 individuals. As a matter of fact, shortly after the document in the link above was published on social media and the GDC became aware of it, I was transferred from Phillips S.P. to Macon S.P. which is a level 5 disciplinary prison that is tied with having the highest murder rate in the State of Georgia with Smith S.P. I've had no D.R.'s since 2012, up until the transfer I was enrolled as a Common Good Atlanta college student and did not deserve to be transferred to a level 5 prison. I was only sent to Macon S.P as retaliation for exposing all the above GDC corruption. On 4/17/2025 Warden Carter & Contract Monitor Ms Clark assured me that Oliver & Holt would not harm me at Jenkins however neither Warden Carter nor Ms Clark can make the promise that Oliver or Holt won't transfer me back into danger again like I previously experienced from 1/30/2025 till 2/13/2025 after a call from U.S. Senator Warnock's office to the GDC headquarters office got me an emergency transfer to Jenkins CC. Neither Warden Carter nor Ms Clark can prevent an assailant from being transferred into this prison from GDC sent by either Caldwell, Holt, or Oliver et al. with intentions to harm me. The idea is not far fetched considering I've been recently housed in prisons where guards have been accused of putting hits out on inmates. But more likely I'm in fear that Oliver & Holt will place me in more danger in retaliation from filing a complaint to Gov. Kemp's office, illustrating a memoir about this entire plight, and also potentially getting an article written and published soon in either/both Filter Magazine or Muck Rake. Also my 5-1C forms seeking PC from DWCT Caldwell should've been granted because I fear for my life of being transferred away from Jenkins CC and having to meet up at GDCP where DWCT Caldwell is employed to exchange prison buses. All 3 5-1C forms seeking PC from Oliver, Holt, and Caldwell should've been granted as I fear all 3's political reach as well—especially DWCT Caldwell as he is a high ranking fraternity member and there are a lot of Alpha Phi Alpha &

—23—

Alpha Kappa Alpha members employed in the prison system.
As a side note to answer Contract Monitor's statement to me that inmates can't seek PC from staff, the 11th Circuit District Federal Courts disagree see e.g. Forester v Hodges No. 4:12-CV-0409-VEH, 2014 U.S. Dist. LEXIS 108875, 2014 WL 3974679 at *9 (N.D. Ala August 7 2014) ("[T]he duty of an officer to protect inmates in their care from assault by fellow officers had been clearly established for years." (citing Post v City of Fort Lauderdale, 7 F3d 1552, 1560 (11th Cir 1993)). We are bound by the 11th Circuit and apropos of that, —and solely as a side note — this instant grievance/soon to be §1983 action will open up the door for Ga. inmates who need to seek PC from prison staff if that is to say Contract Monitor Ms Clarke is correct. If my grievance is denied on this ground just know we can start this all over and I'll take care of it as the federal court allows PC from staff.

<u>Resolution Requested:</u> I need my 5-IC forms seeking P.C. reconsidered and granted. I need to be housed in P.C COMPLETELY outside of the GDC system or any private prison that is supervised by the GDC because I am seeking PC from GDC Commissioner Tyrone Oliver & GDC Assistant Commissioner Ahmed Holt therefore its not possible for me to remain safe in any facility under both Oliver & Holt's authority after I am accusing both Commissioners of ethics violations for covering up GDC criminal behavior committed by DWCT Gary Caldwell. Also if/when I am transferred away from Jenkins CC I do NOT want to be transferred through GDCP in Jackson even if only to change buses as I fear retaliation from DWCT Caldwell and his subordinates as DWCT Caldwell is employed at GDCP. Also I do NOT want to be housed around inmates or prison employees who are either Alpha Phi Alpha or Alpha Kappa Alpha members.

On April 22, 2025 Shelton was called out to CC Newton's office located in dorm 200C and was informed by CC Newton

—24—

that Shelton's 5-IC forms were then being investigated. Perplexed, Shelton inquired as to how this was so because on the previous Thursday (4/17/25) Contract Monitor Ms Clark & Warden Carter called Shelton out inwhich Warden Carter specifically told Shelton that Warden Carter denied Shelton's 5-IC forms. At that time, Shelton informed CC Newton of Shelton's pending #381188 grievance that Shelton filed the very next day (4/18/25) regarding this. Shelton asked CC Newton then if she knew about this and hasn't Warden Carter told her (CC Newton) that he denied Shelton's 5-IC forms. CC Newton replied that she was neither aware of Warden Carter's denial nor Shelton's pending grievance.

During the investigative meeting with CC Newton Shelton described the incident in early December 2022 when Shelton was moved out of the B-2 Faith Based Dorm at Phillips SP as a consequence of Shelton's refusal to artistically paint DWCT Caldwell's illegal hazing paddles and moved into K-1 where Shelton was forced to live in a cell with Bret Palmer

-25-

GDC 655077 who beat Shelton up, robbed Shelton for an A12 Samsung Galaxy cellphone, and tortured Shelton for the 4 or 5 days that Shelton had to live in the cell with Palmer. CC Newton asked about this because Shelton submitted Palmer's name on all 4 5-1C forms. Shelton informed CC Newton that this wasn't the only injury/hardship that Shelton has suffered because of DWCT Caldwell's illegal hazing paddles; Shelton explained how Shelton was moved to J building in April 2024 where a riot had just occurred the day before where 14 inmates were stabbed while no correctional officers were posted in either J or K buildings on that yard. Said riot was between Bloods & Muslims which wasn't concluded before Shelton was moved to J building from H building In fact the prison didn't come off lock down until April 22, 2024. During this time inmates could easily use strings and shanks to pop the locks on both the dorm doors & Sally port doors to run back and forth from dorm to

-26-

dorm especially when no correctional officers are around. Shelton explained to CC Newton that seven links to videos of these lock picks/failures can be found on Page #3 of the Introduction under Prong "2) The GDC's failure to control & Maintain An Adequate Locking System In Both The Celldoors, Dorm Entrance Doors, and Sallyport Doors Resulting In An Extremely Dangerous Enviroment" [at Phillips SP] of Shelter's PDF GDC Hazing & Illegal Inmate Labor Corruption in which Shelton has previously submitted in both the 5-IC forms seeking PC & both grievances #379677 & #381188, within the Google Drive Link.

Furthermore, Shelton explained to CC Newton that after said Google Drive link containing GDC Hazing & Illegal Inmate Labor Corruption PDF was both published on social media & emailed to State & federal legislatures Shelton was transferred to Macon State Prison as a result of this. Shelton explained that his life has

— 27—

been placed in danger multiple times since Shelton emailed Tyrone.Oliver@gdc.ga.gov, Ahmed.Holt@gdc.ga.gov, Timothy.Ward@pap.ga.gov, and Robert.Toole@gdc.ga.gov from Shelton's contraband cell phone email wm.shelton.ef512613@gmail.com at 4:47PM on June 3 2023 exposing DWCT Caldwell's fraternity hazing corruption.     Shelton pointed out to CC Newton that pics of Shelton with Caldwells paddles along with an email sent from Gary.Caldwell@gdc.ga.gov to Courtney.McDay@gdc.ga.gov on October 30, 2022 9:52PM where DWCT ordered his 5 paddles to be artistically made by Shelton. Coastal SP Warden Benton's pic was even at the top of said email.

Shelton specifically explained to CC Newton how all the above could be found in the Google Drive link: https://drive.google.com/file/d/1NSuqoq73CJFBMH 00u02XTywNmxhmM-7D/view?usp=drive_link containing Shelton's PDF: <u>GDC Hazing & Illegal Inmate Labor Corruption.</u>

-28-

May 5, 2025 Shelton recieved the <u>Warden's/Superintendent's</u>
<u>Grievance Response</u> concerning #381188. Below is a verbatim
copy of said <u>Response</u>:

You allege that the Warden called you out on April 17, 2025, regarding
your P.C. requests. You claim that he told you that he had denied your
request. However, your request for P.C. was recommended to be denied
due to "lack of evidence recieved" on April 22, 2025. On April 28,
2025, your request for P.C. was denied by the Assistant Warden,
not by the Warden. Therefore, since the investigation was not completed
for five days from the time you allege the Warden had told you he
denied your P.C. request, and the P.C. documentation proves that it
was denied by the Assistant Warden and not the Warden, there is no
factual evidence to validate your allegations. Your grievance also
contained much of the same information that was in your previous
grievance #379677, which was rejected on March 28, 2025, due
to not following proper grievance procedures outlined in S.O.P. 227.02;
Grievance contained more than one issue or incident, as does this
grievance. Due to inaccurate allegations and this grievance containing more
than one issue/incident, some of which date back several years,
this grievance is being denied.

Signed by Assistant Warden Eddie Johnson 5/15/2025


    Warden Carter, Assistant Warden Johnson, CC Newton,
and GDC Contract Monitor Clark's tactics in their attempt
to trip Shelton up procedurally only lends credence to Shelton's

need for protective custody from Oliver & Holt's political reach.

Shelton contacted his mother and had her email the following:

---

From: PamForsyth1056@gmail.com

To: Matthew.Wolfe@gdc.ga.gov
    Jennifer.Ammons@gdc.ga.gov
    intel@gdc.ga.gov   [Criminal Investigation Unit]
    Stephanie.Aponte@georgia.gov

Sent: May 17, 2025 Saturday 3:22 PM ET

Subject: Grievance  CIU  Protective Custody

https://drive.google.com/file/d/1NSuqoq73CJFBMH
00u02XTywNmxhmM-7D/view?usp=drive_link

My son William Lee Shelton GDC 989529 is filing an appeal regarding grievance #381188 in a timely fashion. To ensure that there are no discrepancies or typos concerning the Google Drive link that my son mentions within his grievance and in his forthcoming appeal, I have included the link above. The criminal activity that your agency will find within this link needs to be opened under a formal criminal investigation. Please note that a screenshot of this instant email interaction will be submitted within my son's soon to be federal lawsuit after the conclusion of this appeal if my son doesn't recieve protective custody as a result of this grievance.

---

—30—

Shelton would like to point out to this Honorable Court that his mother Pam Forsyth copied & pasted the above link from Google Drive in her email. So afterwards Shelton filed a timely appeal of which a verbatim account of said appeal is below:

On 4/17/2025 Contract Monitor Ms Clark was attentively present when Warden Carter told me that he denied my request for P.C. Thats why I filed this grievance the next day mindful of SOP 227.02 grievance filing time limitations. That was the ONLY notification I recieved apprising me of the denial of my request for P.C. Assistant Warden Johnson only notified me via the Warden's/Superintendent's Grievance Response on 5/15/2025. Warden Johnson was obviously unconcerned with procedure. My request for PC should not have been denied due to lack of evidence as I submitted an overwhelming amount of evidence in my Google Drive link of a PDF containing pics, gov. docs., and video links in support of my need for PC https://drive.google.com/file/d/1NSuqoq73CJFBMH00u02XTywNmxhmM-7D/view?usp=drive_link  I suspect the GDC isn't getting this link right to review the evidence so my Mom emailed the link on 5/17/2025 3:22PM from PamForsyth1056@gmail.com to Matthew.Wolfe@gdc.ga.gov, Jennifer.Ammons@gdc.ga.gov, intel@gdc.ga.gov, and Stephanie.Aponte@georgia.gov The Warden denied my request for PC was the only issue.

Shelton filed the above appeal on May 19, 2025. On June 2, 2025 Shelton recieved the <u>Central Office Appeal Response</u> for grievance #381188 from Matthew Wolfe's

—31—

GDC Office of Professional Standards. Below is a verbatim account of said <u>Response</u>:

A member of my staff has reviewed your grievance. You allege that Warden Carter denied your 5-1C forms seeking PC which falls up under an 8th Amendment failure to protect claim via a 42 USC 1983 civil rights complaint. This review revealed that your PC request was denied based on lack of evidence. Your reasons for requesting PC were not found to be justified. Based on this information, this grievance is denied.

Commissioner's Designee, Southeast Region (jrc) Date: 5/30/2025
Office of Professional Standards

Director Matthew Wolfe's Office of Professional Standards erroneously denied Shelton's grievance #381188 as there is an overwhelming amount of evidence supporting Shelton's need for PC found in the Google Drive link containing the PDF: <u>GDC Hazing & Illegal Inmate Labor Corruption</u> that Shelton has repeatedly submitted to Core Civic & GDC officials in both the 5-1C forms and in grievance #379677 & #381188. Shelton's Mother, Pam Forsyth even emailed said link directly to Matthew Wolfe prior to his office's decision on Shelton's Appeal.

-32-

As this Honorable Court will see below that Shelton has repeatedly requested Protective Custody from GDC officials even before arriving at Jenkins C.C.

## GDC Officials Had Foreknowledge Of Shelton's Need For Protective Custody Prior To Shelton Being Sent to Macon S.P.

In Mid November 2024 at Phillips State Prison Shelton attempted to submit GDC SOP 227.02 Attachment 3 witness Statement Forms seeking P.C. from Tyrone Oliver, Ahmed Holt, Gary Caldwell, et al to Lt. Saunders while she was posted in Main central control during 3rd track inmate movement. Lt Saunders refused to sign then process said Witness Statement forms but instead directed Shelton to go discuss these issues with Shelton's general population counselor Ms Aguirre in counseling. Counselor Aguirre discussed Shelton's need for P.C. and acknowledged the problems Shelton faced making the paddles and even her role in Shelton's parole preparation after Warden Jones' assurance that Shelton would go home in return for Shelton's silence, but ultimately

Counselor Aguirre informed Shelton that submitting Witness Statement Forms is a Security issue and not one typically for the general population Counseling department. This Honorable Court must understand that during late 2024 - early 2025 Phillips SP was a very dangerous enviroment, e.g before Shelton began seeking P.C. Timothy Hurly was murdered in dorm C-2 on Sep 8 2024. In G building which was the building then adjecent to H building where Shelton lived, Brandon Lashaun Mincey was brutely murdered on October 11, 2024. See Fox5 Digital Team's <u>Two INMATES DIE WEEKS AFTER DOJ ADMONISHES GEORGIA PRISONS</u> October 14, 2024  3:05 PM. In early Dec. 2024 Shelton made another attempt to turn in said PC Witness Statement forms to Sgt Knight in front of Phillips SP Central main control. Sgt Knight took Shelton's stack of Witness Statement Forms into security after Sgt Knight directed Shelton to remain outside. 20 minutes later, Sgt Knight returned with an explanation that she — Sgt Knight —

-34-

showed Shelton's witness statement forms seeking PC to DWCT Courtney McDay who advised Sgt Knight to give Shelton back. said forms and send Shelton to his general population counselor. So again Shelton takes said forms and finds Counselor Aguirre making her rounds in K building. Counselor Aguirre politely shrugs and tells Shelton this isn't a counseling issue as witness statement forms are not submitted by inmates to counseling but instead this is a security issue.

After experiencing those 2 incidents of rejection from Shelton's attempts at submitting witness statement forms seeking PC, Shelton had his father & a friend man an email on shelton's behalf in attempts to get Shelton P.C.

Below is a thread of emails to Federal & State politicians along with emails directly to GDC Commissioner Tyrone Oliver & GDC Leading Counsel Jennifer Ammons explaining the need for Shelton's desired extraction from prison population.

—35—

To: Tyrone.Oliver@gdc.ga.gov
Casework @ Ossoff.senate.gov
Clint.Dixon @ senate.ga.gov
Chuck.Efstration@house.ga.gov
David_Jones @ ossoff.senate.gov
Trey.Kilpatrick @ georgia.gov
David.Dove @ georgia.gov
Brian.Kemp @ georgia.gov
Burt.Jones @ Ltgov.ga.gov

From: StaggerLeeone3@gmail.com

Sent: December 10, 2024    7:07am

United States Senator Jon Ossoff responded back to this email explaining that the GDC would respond to William Lee Shelton (GDC 989529) legal issues that he had the misfortune of experiencing while housed and working "Trades" within Phillips State Prison.

Also below is screenshots of said email from Senator Jon Ossoff and Mr David Jones who is a representative of Ossoff's office.

William Lee Shelton needs Protective Custody from the GDC Hierarchy. For an explanation please see the below Google Drive Document Link:

GDC Hazing & Illegal Inmate Labor Corruption

https://drive.google.com/file/d/1NSuqoq73CJFB
MH00u02XTywNmxhmM-7D/view?usp=drive_link

Shelton would like to point out that the above same link

-36-

that Shelton has repeatedly submitted in all his 5-IC forms, grievances, and grievance appeals, The GDC Commissioner as this Court can see directly recieved it on 12/10/24. In early January 2025 the aforementioned Google Drive link was sent to Brooke Doss a legislative assistant in U.S. Senator Raphael Warnock's Atlanta office.

From: Brooke_Doss@warnock.senate.gov

To: StaggerLeeone3@gmail.com

Sent: January 2, 2025  2:38pm

Thank you for sending this over. I was advised that the Governor's office of Constituent Services sent an inquiry on your behalf to the Georgia Department of Corrections on December 6th and the agency advised us that they had drafted a response to your email on December 17.
Please let me know to date, if you still have not recieved a response.

From: Brooke_Doss@warnock.senate.gov

To: StaggerLee0ne3@gmail.com

Sent: January 10, 2025  8:25am
Good Morning,
The GDC let me know that they attempted to call you out on January 6th but was unable to get in touch. I

-37-

apologize that you state you have not recieved a call.
I will follow up again. You can also contact the
Governors office Constituent Director at 404 656 1776
Thank you,
Brooke.

---

From: StaggerLeeone3@gmail.com

To: Stephanie.Aponte@georgia.gov
Trey.Kilpatrick@georgia.gov
David.Dove@georgia.gov
Jennifer.Ammons@gdc.ga.gov

Sent: January 10, 2025    2:39 PM

Today I recieved an email from Brooke Doss who is the
legislative assistant in the Atlanta Department for United States
Senator Raphael Warnock. Ms Doss says in her email that
the Georgia Department of Corrections tried to call inmate
William Lee Shelton out because of his document showing
GDC Hazing & Illegal Inmate Labor Corruption. However,
the GDC tells Ms Doss that they cannot reach William Lee Shelton
even though he is a prisoner at Phillips State Prison in a cell
under their care.
How William Lee Shelton unavailable I do not know.

---

From: Jennifer.Ammons@gdc.ga.gov

To: StaggerLeeone3@gmail.com

Sent: January 10, 2025    3:03 AM

-38-

Thank you for sharing your concerns with the GDC. I have forwarded your message to the Assistant Commissioner For Faculties. Please let us know if any other issues arise.

Jennifer Ammons
General Counsel for the GDC
phone 478 992 5240
Cell 404 313 5529

---

To: Jennifer.Ammons@gdc.ga.gov

From: StaggerLeeone3@gmail.com

Sent: January 10 2025 4:11 pm

One more thing Ms Ammons could you please forward these protective custody witness statement forms to the GDC hierarchy as it is against them that William Lee Shelton needs protective custody from.

[Attached to this particular email to Ms Ammons is a scanned copy of said witness statement Forms seeking PC. A copy of which can be found — Shelton points out to this Court on pages 151-189 of Shelton's document; GDC Hazing & Illegal Inmate Labor Corruption found in the previously mentioned Google Drive Link.]

---

During December 2024 & January 2025 Phillips SP experienced 2 more homocides: Corey Cochran 12/17/2024 then Dody Michael Stokes on 1/13/25.

Four days after Shelton requested P.C. via email to Jennifer Ammons, Phillips SP Lt. Bouche locked Shelton up "pending investigation" on January 14 2025 around 1pm. While in isolation, Shelton was transfered from Phillips to Macon State Prison on January 30, 2025. During that time Shelton was an enrolled Common Good Atlanta college student, low risk, medium security with no Disciplinary Report history since 2012; Shelton certainly didn't deserve to be transfered to not only a level 5 disciplinary Close security prison but in fact the deadliest prison in the State of Georgia.

## PRISON VIOLENCE SOARS IN GEORGIA AS STATE FACES STAFFING CRISIS

February 15, 2025 Atlanta Journal Constitution
Carrie Teegardin & Danny Robbins

"The AJC found that Macon State Prison, which is about two hours south of Atlanta in rural Macon County, was the deadliest in Georgia last year, with at least nine homocides. The killings have continued this year, with two confirmed homocides in January."

— 40 —

Between 2/10/25 - 2/12/25 Shelton's father contacted Brooke Doss and told her about Shelton being transferred to Macon S.P. because of Shelton's attempts to expose all this GDC criminal activity that Shelton became victim of. Consequently, Ms Doss contacted the GDC headquarters concerning this and Shelton was emergency transferred on Wednesday 2/12/25 night and arrived at Jenkins Correctional Center Thursday 2/13/25, Shelton was only at Macon S.P. for two weeks.

## Claim TWO Conclusion

Core Civic/GDC officials are making every attempt at ignoring Shelton's Google Drive link containing the PDF: <u>GDC Hazing & Illegal Inmate Labor Corruption</u> and the evidence that is displayed in it. For the power points below Shelton cites to page numbers in said document. Notable pieces of evidence that are pertinent to Shelton's need for Protective Custody (but are not limited to) found in Shelton's document from the aforementioned Google Drive link are as follows:

-41-

1) Copy of the email that DWCT Caldwell Gary.Caldwell@gdc.ga.gov sent to DWCT McBay Courtney.McBay@gdc.ga.gov on 10/30/22 at 9:52 PM Sunday with detailed description of how to direct Shelton to artistically paint Caldwell's fraternity hazing paddles   Page 23

2) Both a facebook video link & a few pics of Shelton displaying DWCT Caldwell's fraternity hazing paddles.   Page 26

3) An account of when Shelton realized DWCT Caldwell's hazing paddles were illegal then refused to finish painting them how Phillips SP GDC officials moved Shelton from B-2 Faith Based Dorm into immediate danger in dorm K-1 where no correctional officers were posted and Shelton was tortured, beaten up, and robbed by Bret Palmer GDC 655077.    Pages 30-31

4) A screenshot of email recipients with a copied/pasted verbatim account of the email Shelton sent on 6/03/2023 4:47pm from wm.shelton.ef512613@gmail.com to Tyrone.Oliver@gdc.ga.gov, Ahmed.Holt@gdc.ga.gov, Timothy.Ward@pap.ga.gov et al where Shelton exposes DWCT Caldwell, Warden Benton (who was hid out in Trades), and DWCT McBay's Illegal Inmate Labor/Hazing Corruption.  A link to Facebook where a screen recorded video is posted of this entire email is also included on Pages 36-37

5) All the subsequent attention from Warden Deshawn Jones, the Parole Board, and GDC Counseling in preparation for parole in exchange for Shelton's silence.   Page 66

6) Shelton was placed in the mist of riots and extremely dangerous environments Shelton was the only Georgia State University Student living in J&H buildings around twelve murders as a result of

-42-

exposing Phillips Trades Corruption by emailing the GDC Commissioners    Page 68

Afterwards, being transferred to the Deadliest Prison in Georgia Macon SP. as a result of Shelton's Google Drive link for PDF <u>GDC Hazing & Illegal Inmate Labor Corruption</u> being posted on social media and also emailed to U.S. Senator Raphael Warnock's office where Ms Brooke Doss had the Governor's Constituent Services Office direct the GDC to respond to Shelton's document. Even to this day Shelton has not been called out concerning this. Instead Shelton gets placed in danger as a consequence to said document and exposure.

Apropos of #4 from the power points above, Shelton will be submitting this evidence to Gov. Kemp's office pursuant to OCGA §45-10-4 because GDC Commissioners Oliver & Holt both violated their Gov. Employee Ethics §45-10-3(5) after Shelton showed them (via shelton's 6/3/23 email) of DWCT Caldwell's hazing Corruption.    Also both #1 & #2 of the above powerpoints

-43-

exhibit DWCT Caldwell et al's criminal behaviour that Georgias State Statute of limitations for prosecution is still pending under OCGA §17-3-2 and won't expire until December 2026. Shelton's fears from DWCT Caldwell are well justified.

Shelton has submitted an overwhelming amount of evidence in support of Shelton's need for protective custody. GDC Office of Professional Standards Director Matthew Wolfe, Jenkins Correctional Center Warden Sidney Carter and Assistant Warden Eddie Johnson was deliberatly indifferent to Shelton's need for Protective Custody from GDC Commissioners Tyrone Oliver & Ahmed Holt along with GDCP DWCT Gary Caldwell by ignoring all this evidence and the **hellish** circumstances that Shelton has endured because of exposing GDC corruption with said evidence found in Shelton's Google Drive link GDC Hazing & Illegal Inmate Labor Corruption. Director Wolfe, Warden Carter, and Assistant Warden Johnson violated Shelton's 8th Amendment U.S. Constitutional Rights

-44-

in a failure to protect claim.

Considering pages 38-39 of this instant §1983 action, GDC General Counsel Jennifer Greene Ammons was deliberatly indifferent to Shelter's need for Protective Custody on Jan. 10, 2025 at 4:11pm when Shelter's father emailed Jennifer Greene Ammons requesting PC for Shelter with a pdf of scanned witness statement forms seeking PC that Shelter wrote out by hand. This Honorable Court need be reminded that Shelter was detained by Lt. Bouche at Phillips SP on 1/14/2025 placed in isolation until Shelter was transferred to Macon State Prison on 1/30/2025.

Considering page 30 of this instant §1983 action, Ms Ammons was again deliberately indifferent to Shelter's need for PC. after Shelter's Mom emailed Ms Ammons on 5/17/25 at 3:22 PM along with Matthew Wolfe concerning grievance #381188 and explanation of Shelter's need for PC including the Google Drive link to GDC Hazing & Illegal Inmate

-45-

Labor Corruption which contains both evidence to substantiate Shelton's need for protective custody and also scanned copies of Witness Statement Forms written out by Shelton's own hand seeking P.C. By failing to protect Shelton, Ms Ammons violated Shelton's 8th Amend U.S. Const. Rights. Shelton prays that this Honorable Court grant him protective custody from GDC Commissioners Oliver & Holt and especially from GSCP DWCT Caldwell.

## Evidence Concerns

Shelton request that this Honorable Court allow Shelter to Submit copies of Shelton's original filings concerning grievances #379677 & #381188 which contains both Counselor & grievance coordinator's signatures. Shelton's reasoning is that Core Civic/GDC officials are failing to correctly type up Sheltons submitted Google Drive Link in their versions of

-46-

Shelton's filings and that Shelton actually wrote out his
Google Drive link perfectly in all his filings. Intentional
typos seems to be one of Core Civic/GDC officials' tactics
in ignoring Shelton's evidence. Within Shelton's Google Drive link:
https://drive.google.com/file/d/1NSuqoq73CJFBMH
00u02XTywNmxhmM-7D/view?usp=drive_link
Shelton submits as evidence Pages 1-77; 109-147, and; 151-190
as these pages in Shelton's document <u>GDC Hazing & Illegal</u>
<u>Inmate Labor Corruption</u> contain pics, gov. docs, and
links to videos of evidence that proves GDC corruption committed
by Caldwell, Holt, and Oliver and supports Shelton's need
for protective custody. Also Shelton possesses other gov.
documents not in the above link along with many emails
between Shelton's family & GDC officials, U.S. Senators, and
the Governor's office in which Shelton needs to submit to
this Honorable Court proving how Shelton requested PC
prior to being transferred to the deadliest Prison in Georgia
Macon State Prison.

-47-

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Claim One grievance #379677 I pray that this Honorable Court determines if Jenkins CC Unitmanager Williams was deliberately indifferent for refusing my request for protective custody or directing the GDC to determine this. For Claim Two grievance #381188 I pray that this Honorable Court consider the evidence I submitted both here and to Core Civic/GDC officials in my Google Drive link containing the PDF GDC Hazing & Illegal Inmate Labor Corruption along with the thread of emails in this instant action I previously discussed then grant me protective custody from GDC Commissioner Tyrone Oliver, GDC Assistant Commissioner Ahmed Holt, and GDC GDCP DWCT Gary Caldwell.

Given the fact that I need protective custody from GDC Commissioner Tyrone Oliver & GDC Assistant Commissioner of Facilities Ahmed Holt who both have control over the entire prison system in Georgia including all private prisons, this Honorable Court's order would be better sent to the Georgia Governor's office to ensure that I obtain P.C. from Mr Oliver, Mr Holt, & Mr Caldwell

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___29___ day of ___July___, 2025.

Prisoner No. __989529__          ___W Shelton_____
                                         (Signature of Plaintiff)

—48—

# CERTIFICATE OF SERVICE

I have this day served the United States District Court for the Southern District of Georgia, Statesboro Division Honorable Cleak of Court PO Box 8286 Savannah, Georgia 31412, and ; Honorable Chris Carr Georgia Attorney General's office State Law Department 40 Capital Square SW Atlanta, Georgia 30334 with a copy of Plaintiff's Shelton v. Wolfe initial application for filing 42 USC §1983 & Plaintiff's In forma Paupis by depositing in the United States Mail (via using Request For Indigent Postage Core Civic Form 16-1L) a copy of the same in a properly addressed envelope with adequate postage affixed thereon.

Respectfully Submitted,

This 29th day of July 2025

William Lee Shelton
GDC #989529
Plaintiff, Pro Se
Jenkins Correctional Center
3404 Kent Farm Drive
Millen, Georgia
30442

Sworn and Subscribed Before Me This
29th Day of July , 2025
Sharon Klutt
Notary Public or Other Person Authorized to Administer Oaths,

My Commission Expires:
02/16/27

SHARON KLUTTZ
NOTARY
EXPIRES
GEORGIA
02-16-2027
PUBLIC
JENKINS COUNTY

-49-

William Lee Smith

GDC # 989529

Jenkins Correctional Center

3404 Kent Farm Drive

Millen, Georgia

30442

FIRST-CLASS

US POSTAGE

ZIP 30442
02 7H
0006162291

Honorable John E. Triplett

Clerk of Court

United States District Court

Stateboro Division

PO Box 8286

Savannah, Georgia

31412

INSPECTED BY

U.S. Marshals Service/SGA

Legal