**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

WILLIAM LEE SHELTON,

     Plaintiff,

     v.

MATTHEW WOLFE, et al.,

     Defendants.

CIVIL ACTION NO.: 6:25-cv-59

**O R D E R**

Defendants Carter and Williams filed a Motion to Stay Discovery.  Doc. 30.  Defendants ask the Court to stay discovery and the obligations under Federal Rule of Civil Procedure 26, pending resolution of their motion to dismiss.  Plaintiff has not responded, and the time to do so has expired.  Accordingly, the Court **GRANTS as unopposed** Defendants' Motion under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to a motion."), and **STAYS** the discovery obligations and deadlines in this case, pending a ruling on Defendants' motion to dismiss.  This stay will be automatically lifted upon the issuance of a Court order ruling on the motion to dismiss, if any claims remain pending.

**SO ORDERED**, this 18th day of June, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA